NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IP CO., LLC.,**
*Appellant*

**v.**

**EMERSON ELECTRIC CO.,**
*Appellee*

———————————

2018-1636

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01602.

———————————

## JUDGMENT

———————————

GREGORY J. GONSALVES, Gonsalves Law Firm, Falls Church, VA, argued for appellant. Also represented by JAMES R. BARNEY, KELLY LU, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC.

JAMES LAWRENCE DAVIS, JR., Ropes & Gray LLP, East Palo Alto, CA, argued for appellee. Also represented by JAMES RICHARD BATCHELDER; DOUGLAS HALLWARD-DRIEMEIER, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2019        /s/ Peter R. Marksteiner
  Date             Peter R. Marksteiner
                   Clerk of Court